UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-cr-00100-SEB-KPF |
| | ) | |
| JAMES E. COLE, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 11, 2026, the Parties appeared for hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on August 6, 2026. Defendant appeared in person and by Federal Community Defender counsel Mitch Swedarsky. Government represented by Assistant United States Attorney Peter Blackett. U.S. Probation Office represented by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Cole of his rights and ensured he had a copy of the Petition. Defendant Cole waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Cole admitted to violation numbers 1 and 2. Government orally moved to dismiss violation #3, which motion was granted by the Court such that violation #3 is dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **“The defendant shall notify the probation officer at least ten days in advance prior to any change in residence or employment."**<br><br>On August 5, 2026, Mr. Cole walked away from his approved residence at the Salvation Army Adult Rehabilitation Program at 711 East Washington Street, Indianapolis, IN 46202, with all his belongings. Mr. Cole has failed to notify the probation officer of him leaving the program. His whereabouts are unknown and he has absconded from supervision.<br><br>The Court was previously advised that prior to July 14, 2026, Mr. Cole moved away from his approved residence at 6444 Valleywood Court, Avon, IN 46123, without notifying the probation officer of his new address or whereabouts. |
| 2 | **"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance "**<br><br>The Court was previously advised that on July 17, 2026, Mr. Cole submitted a urine sample which returned positive for cocaine and marijuana. He admitted to unlawfully possessing and using cocaine and marijuana prior to the collection of the drug screen. Mr. Cole submitted a urine screen on October 25, 2025, that returned positive for marijuana. He admitted to unlawfully possessing and using a THC edible. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant’s criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 27 months of imprisonment.

5. Counsel for the Parties jointly recommended a sentence of 18 months with no federal supervision to follow. Defendant also requested substance abuse treatment. Probation was heard. Defendant was given the opportunity to make a statement.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds

that the Defendant violated the conditions as admitted in the Petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 18 months with no federal supervised release to follow. The Magistrate Judge also recommends that Defendant receive substance abuse treatment.

7. Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**SO RECOMMENDED.**

Date: 8/14/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system